*In re* DESIGNACIÓN DE LA PRESIDENTA DEL COMITÉ PARA LA REVISIÓN DEL MANUAL DE INSTRUCCIONES AL JURADO.

*Número:* EN-2004-5      *Resuelto:* 8 de junio de 2004

## RESOLUCIÓN

Se designa como Presidenta del Comité para la Revisión del Manual de Instrucciones al Jurado, a la Lcda. Ygrí Rivera de Martínez, ex Jueza del Tribunal de Circuito de Apelaciones.

Esta designación entrará en vigor inmediatamente.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*